No. 358. Cruz, Petitioner, *v.* Arroyo, District Judge, Respondent.—Certiorari. Decided May 15, 1922. The petition sets up nothing affecting the jurisdiction of the court or showing an error of procedure. *Petition denied.*

No. 2731. Llompart et al., Appellees, *v.* Díaz, Appellant. — District Court of Humacao. Foreclosure. Decided May 15, 1922. Motion by the appellees for dismissal. On the grounds of the decisions in *Boerman v. Marrero,* 28 P. R. R. 76, and *A. Hartman & Co.* v. *Cividanes,* 28 P. R. R, 29, the motion was sustained. *Dismissed.*

No. 1925. People, Appellee, *v.* Reyes, Appellant. — Second District Court of San Juan. Adulteration of milk. Decided May 18, 1922. There was no bill of exceptions or transcript of the evidence and the record discloses no fundamental error. *Affirmed.*

No. 1924. People, Appellee, *v.* Illick, Appellant. — First District Court of San Juan. Assault and battery. Decided May 12, 1922. Motion by the apellant withdrawing the appeal. *Appeal withdrawn.*

No. 1929. People, Appellee, *v.* Rivera, Appellant. — District Court of Guayama. Aggravated assault and battery. Decided May 18, 1922. No brief was filed and the record discloses no fundamental error. *Affirmed.*

No. 1933. People, Appellee, *v.* Marrero, Appellant. — District Court of Mayagüez. Violation of the Excise-tax Law. Decided May 22, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *'Affirmed.*